IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

IN RE:
Kevin P. Jay
    Debtor
_____       Case No. 23-13585-DER

U.S. Bank Trust National Association, not in its
individual capacity but solely as owner trustee for
RCF 2 Acquisition Trust
    Movant

vs.       Chapter 13

Kevin P. Jay
    Debtor

---

### MOTION REQUESTING ENTRY OF AN ORDER CONFIRMING TERMINATION OR ABSENCE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(C)(4)(A)

COMES NOW, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust ("Movant"), by and through counsel, requests the entry of an Order pursuant to 11 U.S.C. § 362(j), and respectfully represents as follows:

1. Jurisdiction is based on 11 U.S.C. § 362 and 28 U.S.C. § 157(a) and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. On May 23, 2023, Kevin P. Jay (hereinafter "Debtor") initiated proceedings in this Court seeking relief under Chapter 13 of the U.S. Bankruptcy Code in Case No. 23-13585-DER.

3. Movant is a mortgage lender/servicer that holds a secured lien on real property located in Montgomery County, Maryland and improved by a residence known as **16 Rockcrest Circle, Rockville, Maryland 20851** (hereinafter "Property").

1

4. The Property is encumbered by a Deed of Trust securing the Movant, and recorded among the land records of the aforesaid county.

5. Movant requests the entry of an order declaring that no automatic stay is in effect because Debtor filed the present bankruptcy case within one year of the pendency of two or more prior cases. The automatic stay of 11 U.S.C. § 362(a) did not arise on the petition filing date, May 23, 2023, with regard to the Property in the present case, by operation of law and without any proceeding in this court. 11 U.S.C. § 362(c)(4) states in relevant part:

> (i) if a single or joint case is filed by or against a debtor who is an individual under this title, and if 2 or more single or joint cases of the debtor were pending within the previous year but were dismissed, other than a case refiled under section 707(b), the stay under subsection (a) shall not go into effect upon the filing of the later case; and
>
> (ii) on request of a party in interest, the court shall promptly enter an order confirming that no stay is in effect;
>
> 11 U.S.C. § 362(c)(4)(A).

6. Debtor filed the first petition, Case No. 21-16581-MCR under Chapter 13 on October 19, 2021. On or about September 15, 2022 the case was dismissed for failure to prosecute. The case closed on December 19, 2022.

7. The Debtor filed the second petition, Case No. 22-15813-DER under Chapter 13 on October 21, 2022. On or about May 8, 2023 the case was dismissed for failure to prosecute. The case closed on May 25, 2023.

8. The Debtor filed the current petition, Case No. 23-13585-DER under Chapter 13 on May 23, 2023. This case is still open.

9. The most recent bankruptcy case was filed within 1 year of the pendency of two prior bankruptcy cases.

10.  There is no co-debtor to this action so that the co-debtor stay of 11 U.S.C. § 1301(a) is inapposite to the facts of this case.  *In re King*, Case No. 06-15660-TJC (Bankr.Md.2007).

WHEREFORE, the Movant its successors and/or assigns prays that this Court:

1. Enter an order confirming that no automatic stay came into effect by reason of the present bankruptcy petition filing as to the property located at **16 Rockcrest Circle, Rockville, Maryland 20851**; and

2.  Grant such other and further relief as may be just and necessary.

Respectfully submitted,

  */s/ Gene Jung*
Gene Jung, Esq., MD Fed. Bar No. 14950
Robertson, Anschutz, Schneid & Crane & Partners PLLC
13010 Morris Road, Suite 450
Alpharetta, Georgia  30004
(470) 321-7112
gjung@raslg.com

*Counsel for the Movant*

3

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on   June 27, 2023  , a copy of the foregoing Motion Requesting Entry of An Order Confirming No Automatic Stay is in Effect, to the following parties, in the manner described below:

<u>*Via* CM/ECF Electronic Notice</u>:

Brian A. Tucci
P.O. Box 1110
Millersville, MD 21108
*Chapter 13 Trustee*

<u>*Via* First Class Mail, Postage Prepaid</u>:

Kevin P. Jay
2942 Florence Road
Woodbine, MD 21797
*Pro Se Debtor*

                                                                      */s/ Gene Jung*
                                                                      Gene Jung