IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

IN RE:
Kevin P. Jay
    Debtor
_____

Case No. 23-13585

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust
    Movant

vs.

Chapter 13

Kevin P. Jay
    Debtor

### NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND REQUEST FOR IMPOSITION OF EQUITABLE SERVITUDE FOR 2 YEARS AND HEARING THEREON

    U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust (hereinafter "Movant"), and its assigns, by and through counsel, has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. §§ 362(a) and 1301, to enable it to obtain an order granting relief from the automatic stay against the property located at:

**16 Rockcrest Circle, Rockville, Maryland 20851**

    Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one.

    If you do not want the Court to grant the motion for relief from automatic stay, or if you want the Court to consider your views on the motion, then by **July 11, 2023**, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

> Gene Jung, Esq.
> Robertson, Anschutz, Schneid & Crane & Partners PLLC
> 10700 Abbott's Bridge Road, Suite 170
> Duluth, Georgia  30097
> *Counsel for Movant*

    **The hearing is scheduled for  July 31, 2023 at 1:300 PM in Courtroom 9-D, United States Bankruptcy Court, 101 W. Lombard Street, Baltimore, MD 21201**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date:  June 27, 2023

                                    Respectfully submitted,

                                    */s/ Gene Jung*
                                    Gene Jung, MD Fed. Bar No. 14950
                                    Robertson, Anschutz, Schneid & Crane & Partners PLLC
                                    10700 Abbott's Bridge Road, Suite 170
                                    Duluth, Georgia  30097
                                    (470) 321-7112
                                    gjung@raslg.com
                                    *Counsel for Movant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on   June 27, 2023  , the following persons were served a copy of the foregoing motion in the manner described below:

*Via* CM/ECF Electronic Notice:

Brian A. Tucci, Chapter 13 Trustee
P.O. Box 1110
Millersville, MD 21108

*Via* First Class Mail, Postage Prepaid:

Kevin P. Jay
2942 Florence Road
Woodbine, MD 21797
*Pro Se Debtor*

  /s/ Gene Jung
Gene Jung