# COHN, GOLDBERG & DEUTSCH, LLC

| | | |
|---|---|---|
| RONALD S. DEUTSCH *+ <br> RICHARD E. SOLOMON * <br> RICHARD J. ROGERS * <br> WILLIAM A. SCHOEBERLEIN, III * <br> MICHAEL J. McKEEFERY * <br> MARY JANE FISCHER * <br> ALAN FINK <br> CHRISTIANNA J. KERSEY * <br> KEVIN HILDEBEIDEL *+ <br> -------------- <br> *ALSO ADMITTED IN D.C. <br> +ALSO ADMITTED IN VA | ATTORNEYS AT LAW <br> 600 BALTIMORE AVENUE <br> SUITE 208 <br> TOWSON, MARYLAND 21204 <br> TEL: 410-296-2550 <br> FAX: 410-296-2558 <br> www.cgd-law.com | JEROME F. COHN <br> (1935 – 1982) <br> -------------- <br><br> OF COUNSEL: <br><br> OFFIT KURMAN (D.C. Only) |

October 4, 2021

Montgomery County
Office of the County Attorney, Collection Unit
Attention: Jerome Nicholas
101 Monroe Street 4th Floor
Rockville, Maryland 20850

RE:  Kevin P. Jay
      16 Rockcrest Circle
      Rockville, MD 20851
      Our File # 453470
      Tax ID: 04-02750192

Dear Sir/Madam:

      Pursuant to Section 7-105.3 of the Real Property Article of the Annotated Code of Maryland, this is to notify you of the foreclosure sale of the above referenced property. Pursuant to Section 7-105.3(b), please notify this office, within 10 days of receipt of this notice, of any outstanding liens, charges, taxes, or assessments that the county or any municipal corporation has against the property.

      The names of the persons authorized to make the sale are: Edward S. Cohn, Stephen N. Goldberg, Richard E. Solomon, Richard J. Rogers, Michael McKeefery, and Christianna Kersey. Their address is 600 Baltimore Avenue, Suite 208, Towson, MD 21204, and their phone number is 410-296-2550.

      The sale will be held on October 20, 2021 at 11:15 AM, at the Courthouse door for the Circuit Court for Montgomery County (Maryland Avenue entrance)

**Terms of Sale:** The property will be sold "as is" and subject to conditions, restrictions, easements and agreements of record affecting same, if any and with no warranty of any kind.  A deposit of $35,000.00 by certified funds only (no cash will be accepted) is required at the time of auction. Balance of the purchase price to be paid in cash within ten days of final ratification of sale by the Circuit Court for Montgomery County.  At the Substitute Trustees' discretion, the foreclosure purchaser, if a corporation or LLC, must produce evidence, prior to bidding, of the legal formation of such entity.  The purchaser, other than the Holder of the Note, its assigns, or designees, shall pay interest on the unpaid purchase money at the note rate from the date of foreclosure auction to the

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED & REGULAR MAIL

date funds are received in the office of the Substitute Trustees.   In the event settlement is delayed for any reason, there shall be no abatement of interest.  Real estate taxes and all other public charges, or assessments, including water and sewer facilities charges, ground rent, condo/HOA assessments, private utility, or front foot benefit payments, not otherwise divested by ratification of the sale, to be adjusted as of the date of foreclosure auction, unless the purchaser is the foreclosing lender or its designee.  Cost of all documentary stamps, transfer taxes and settlement expenses, and all other costs incident to settlement, shall be borne by the purchaser.  Purchaser shall be responsible for obtaining physical possession of the property.  Purchaser assumes the risk of loss or damage to the property from the date of sale forward.

**TIME IS OF THE ESSENCE.**  If the purchaser shall fail to comply with the terms of the sale or fails to go to settlement within ten (10) days of ratification of the sale, the Substitute Trustees may, in addition to any other available remedies, declare the entire deposit forfeited and resell the property at the risk and cost of the defaulting purchaser, and the purchaser agrees to pay reasonable attorneys' fees for the Substitute Trustees, plus all costs incurred, if the Substitute Trustees have filed the appropriate motion with the Court to resell the property.  Purchaser waives personal service of any paper filed in connection with such a motion on himself and/or any principal or corporate designee, and expressly agrees to accept service of any such paper by regular mail directed to the address provided by said bidder at the time of foreclosure auction.   In such event, the defaulting purchaser shall be liable for the payment of any deficiency in the purchase price, all costs and expenses of resale, reasonable attorney's fees, and all other charges due and incidental and consequential damages, and any deficiency in the underlying secured debt.  The purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property.  If the Substitute Trustees cannot convey insurable title, the purchaser's sole remedy at law or in equity shall be the return of the deposit without interest.  The sale is subject to post-sale confirmation and audit of the status of the loan with the loan servicer including, but not limited to, determination of whether the borrower entered into any repayment agreement, reinstated or paid off the loan prior to the sale.  In any such event, this sale shall be null and void, and the Purchaser's sole remedy, in law or equity, shall be the return of his deposit without interest.

        Very truly yours,
        Cohn, Goldberg & Deutsch, LLC

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED & REGULAR MAIL**

# COHN, GOLDBERG & DEUTSCH, LLC

| | | |
|---|---|---|
| RONALD S. DEUTSCH *+# <br> RICHARD E. SOLOMON * <br> RICHARD J. ROGERS * <br> MICHAEL J. McKEEFERY * <br> CHRISTIANNA J. KERSEY * <br> KEVIN HILDEBEIDEL *+ <br> KYLE S. BLACKSTONE <br> KATHLEEN J. YOUNG * <br> -------------- <br> *ALSO ADMITTED IN DC <br> +ALSO ADMITTED IN VA <br> #ALSO ADMITTED IN NY | ATTORNEYS AT LAW <br> 1099 WINTERSON ROAD <br> SUITE 301 <br> LINTHICUM HEIGHTS, MD 21090 <br> TEL: 410-296-2550 <br> FAX: 410-296-2558 <br> www.cgd-law.com | JEROME F. COHN <br> (1935 – 1982) <br> -------------- <br><br> OF COUNSEL: <br><br> LAW OFFICE OF NIC B. KUVSHINOFF, P.C. <br> (MD Only) |

October 4, 2022

Montgomery County
County Attorney's Office - Debt Collection Unit
Attention: Jim Ogorzalek, Assistant County Attorney
101 Monroe Street 3rd Floor
Rockville, Maryland 20850

RE: Kevin P. Jay
16 Rockcrest Circle
Rockville, MD 20851
Our File # 453470
Tax ID: 04-02750192

Dear Sir/Madam:

  Pursuant to Section 7-105.3 of the Real Property Article of the Annotated Code of Maryland, this is to notify you of the foreclosure sale of the above referenced property. Pursuant to Section 7-105.3(b), please notify this office, within 10 days of receipt of this notice, of any outstanding liens, charges, taxes, or assessments that the county or any municipal corporation has against the property.

  The names of the persons authorized to make the sale are: Edward S. Cohn, Stephen N. Goldberg, Richard E. Solomon, Richard J. Rogers, Michael McKeefery, and Christianna Kersey. Their address is 1099 Winterson Road, Suite 301, Linthicum Heights, MD 21090, and their phone number is 410-296-2550.

  The sale will be held on October 26, 2022 at 11:15 AM, at the Courthouse door for the Circuit Court for Montgomery County (Maryland Avenue entrance), 50 Maryland Avenue, Rockville, MD 20850

**Terms of Sale:** The property will be sold "as is" and subject to conditions, restrictions, easements and agreements of record affecting same, if any and with no warranty of any kind.  A deposit of $31,000.00 by certified funds only (no cash will be accepted) is required at the time of auction.  Balance of the purchase price to be paid in cash within ten days of final ratification of sale by the Circuit Court for Montgomery County.  At the Substitute Trustees' discretion, the foreclosure purchaser, if a corporation or LLC, must produce evidence, prior to bidding, of the legal formation of such entity.  The purchaser, other than the Holder of the Note, its assigns, or designees, shall pay

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED & REGULAR MAIL

interest on the unpaid purchase money at the note rate from the date of foreclosure auction to the date funds are received in the office of the Substitute Trustees. In the event settlement is delayed for any reason, there shall be no abatement of interest. Real estate taxes and all other public charges, or assessments, including water and sewer facilities charges, ground rent, condo/HOA assessments, private utility, or front foot benefit payments, not otherwise divested by ratification of the sale, to be adjusted as of the date of foreclosure auction, unless the purchaser is the foreclosing lender or its designee. Cost of all documentary stamps, transfer taxes and settlement expenses, and all other costs incident to settlement, shall be borne by the purchaser. Purchaser shall be responsible for obtaining physical possession of the property. Purchaser assumes the risk of loss or damage to the property from the date of sale forward.

**TIME IS OF THE ESSENCE.** If the purchaser shall fail to comply with the terms of the sale or fails to go to settlement within ten (10) days of ratification of the sale, the Substitute Trustees may, in addition to any other available remedies, declare the entire deposit forfeited and resell the property at the risk and cost of the defaulting purchaser, and the purchaser agrees to pay reasonable attorneys' fees for the Substitute Trustees, plus all costs incurred, if the Substitute Trustees have filed the appropriate motion with the Court to resell the property. Purchaser waives personal service of any paper filed in connection with such a motion on himself and/or any principal or corporate designee, and expressly agrees to accept service of any such paper by regular mail directed to the address provided by said bidder at the time of foreclosure auction. In such event, the defaulting purchaser shall be liable for the payment of any deficiency in the purchase price, all costs and expenses of resale, reasonable attorney's fees, and all other charges due and incidental and consequential damages, and any deficiency in the underlying secured debt. The purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. If the Substitute Trustees cannot convey insurable title, the purchaser's sole remedy at law or in equity shall be the return of the deposit without interest. The sale is subject to post-sale confirmation and audit of the status of the loan with the loan servicer including, but not limited to, determination of whether the borrower entered into any repayment agreement, reinstated or paid off the loan prior to the sale. In any such event, this sale shall be null and void, and the Purchaser's sole remedy, in law or equity, shall be the return of his deposit without interest.

        Very truly yours,
        Cohn, Goldberg & Deutsch, LLC

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED & REGULAR MAIL