

## Loan Information

| | | | |
|---|---|---|---|
| **Loan Number:** | | **Origination Date:** | 9/27/2006 |
| **Loan Type:** | Conventional | **Acquisition Date:** | 1/4/2022 |
| **Investor:** | Pretium Partners | **Maturity Date:** | 9/1/2050 |
| **MI Company:** | | **Is Insured:** | No |
| **Due Date:** | 5/1/2018 | | |

## Property & Borrower Information

| | | | |
|---|---|---|---|
| **Borrower Name:** | KEVIN P JAY | **Co-Borrower Name:** | |
| **Borrower SSN:** | | **Co-Borrower SSN:** | |
| **Prop Address:** | 16 ROCKCREST CIR | **Prop Type:** | Single Family Residence |
| | ROCKVILLE, MD 20851 | **Inspection Date:** | 5/12/2023 |
| **Mailing Address:** | 2942 FLORENCE RD | **Occupancy Status:** | Owner Occupied |
| | WOODBINE, MD 21797 | **Represented by Attorney:** | No |
| **Additional Borrowers/Non-Obligors** | | | |

## Debt Breakdown - Payoff

| | | | |
|---|---|---|---|
| **Good to Date:** | 5/30/2023 | **Escrow Balance:** | 0.00 |
| **Principal Balance:** | 317,918.24 | **Suspense Balance:** | 0.00 |
| **Deferred Principal Balance:** | 33,719.57 | **Restricted Escrow Balance:** | 0.00 |
| **Delinquent Interest:** | 76,742.87 | **Per Diem Amount:** | 38.84 |
| **Escrow Advance:** | 32,098.39 | | |
| **Corporate Advance Balance:** | 8,691.60 | | |
| **Late Fees:** | 0.00 | | |
| **Pending Taxes:** | 0.00 | | |
| **Pending Hazard:** | 0.00 | | |
| **Pending MI:** | 0.00 | | |
| **Recording Fee:** | 50.00 | | |
| **Total Debt:** | **469,220.67** | | |

## Bankruptcy Information

| | | | |
|---|---|---|---|
| **BK Case #** | 23-13585 | **BK Notice Rec'd Date:** | |
| **BK Chapter:** | 13 | **BK Setup Date:** | 5/24/2023 |
| **BK Filing Date:** | 5/23/2023 | **Creditor Meeting Date:** | 7/6/2023 |
| **Filing State:** | | **POC Bar:** | |
| **BK Post petition Due Date:** | 6/1/2023 | **POC Filed Date:** | 5/26/2023 |
| | | **POC Amount:** | 147,932.09 |

## Attorney Info

| | | | |
|---|---|---|---|
| **Trustee Attorney:** | Brian A Tucci | **FC Attorney:** | COHN, GOLDBERG & DEUTSCH |
| **Debtor Attorney:** | PRO SE | **FC Sale Date Scheduled:** | |
| **Region Code:** | | | |
| **BK Court Code:** | | | |



**Reinstatement Quotes**

| Based on contractual due date | | Based on post petition due date | |
|---|---|---|---|
| **Good thru date** | 5/30/2023 | **Good thru date** | 5/30/2023 |
| **Due Date** | 5/1/2018 | **Post Petition Due Date** | 6/1/2023 |
| **Missed Payments** | 134,840.69 | **Missed Payments** | (0.19) |
| **Late Charge Fees** | 0.00 | **Late Charge Fees** | |
| **Corporate Advance** | 1,242.50 | **Corporate Advance** | 0.00 |
| **Escrow Advance** | 0.00 | **Post Petition Suspense Balance** | 0.00 |
| **Suspense** | 0.00 | | |
| **Total Reinstatement** | **143,532.29** | **Total Reinstatement** | **(0.19)** |

Loan Number:  
Run Date: 5/30/2023



## Payment Information

| | | | |
|---|---|---|---|
| **UPB Amount:** | 317,918.24 | **Due Date:** | 5/1/2018 |
| **Total Monthly Payment:** | 2,210.50 | **Interest Rate:** | 4.8750% |
| **P&I Amount:** | 1,684.30 | **Term:** | 527 |
| **Escrow Amount:** | 526.20 | **Original Loan Amount:** | 402,500.00 |
| **Payment Frequency:** | 12 | | |
| **Deferred Amount:** | 33719.57 | | |
| **Missed Payment Due Date Term:** | 5/1/2018 - 5/1/2023 | | |

## Missed Payments Breakdown

| Date Range | P&I Amount | T&I Amount | PITI Amount | # missed payments | Missed Payment Total Amount |
|---|---|---|---|---|---|
| 5/1/2018 - 3/1/2020 | 1,684.30 | 526.20 | 2,210.50 | 23 | 50,841.50 |
| 4/1/2020 - 3/1/2021 | 1,684.30 | 526.20 | 2,210.50 | 12 | 26,526.00 |
| 4/1/2021 - 10/1/2021 | 1,684.30 | 526.20 | 2,210.50 | 7 | 15,473.50 |
| 11/1/2021 - 10/1/2022 | 1,684.30 | 526.20 | 2,210.50 | 12 | 26,526.00 |
| 11/1/2022 - 4/1/2023 | 1,684.30 | 526.20 | 2,210.50 | 6 | 13,263.00 |
| 5/1/2023 - 5/1/2023 | 1,684.30 | 526.39 | 2,210.69 | 1 | 2,210.69 |
| **Total Missed Payments** | | | | 61 | 134,840.69 |

## Payment Change History

| Effective Date | Principal & Interest Amt | Taxes & Insurance Amt | Total Payment | Interest Rate | Change Reason |
|---|---|---|---|---|---|
| 5/1/2023 | 1,684.30 | 526.39 | 2210.69 | 4.8750% | |
| 5/1/2018 | 1,684.30 | 526.20 | 2210.50 | 4.8750% | |

## Payment & Escrow Breakdown

| Tran Date | Due Date | Tran Description | Total Amount | Principal Amt | Interest Amt | Escrow Amt | Suspense Amt | NSF | UPB | Deferred UPB | Escrow Balance | Escrow Advance Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/22 | 5/1/18 | Delinq Tax Adv | -3,332.74 | 0.00 | 0.00 | -3,332.74 | 0.00 | 0.00 | 317,918.24 | 33,719.57 | 0.00 | 32,098.39 |
| 12/13/22 | 5/1/18 | Escrow Adv Movement | 3,332.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 317,918.24 | 33,719.57 | 0.00 | 32,098.39 |
| 9/16/22 | 5/1/18 | Escrow Adv Movement | 3,332.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 317,918.24 | 33,719.57 | 0.00 | 28,765.65 |
| 9/16/22 | 5/1/18 | Delinq Tax Adv | -3,332.76 | 0.00 | 0.00 | -3,332.76 | 0.00 | 0.00 | 317,918.24 | 33,719.57 | 0.00 | 28,765.65 |
| 9/8/22 | 5/1/18 | Escrow Adv Movement | 877.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 317,918.24 | 33,719.57 | 0.00 | 25,432.89 |
| 9/8/22 | 5/1/18 | Hazard Ins | -877.00 | 0.00 | 0.00 | -877.00 | 0.00 | 0.00 | 317,918.24 | 33,719.57 | 0.00 | 25,432.89 |
| 1/6/22 | 5/1/18 | Loan Prin Bal Set-up | -317,918.24 | -317,918.24 | 0.00 | 0.00 | 0.00 | 0.00 | 317,918.24 | 33,719.57 | 0.00 | 24,555.89 |
| 1/6/22 | 5/1/18 | Bal Field Adjust | -33,719.57 | -33,719.57 | 0.00 | 0.00 | 0.00 | 0.00 | 317,918.24 | 33,719.57 | 0.00 | 24,555.89 |
| 1/6/22 | 5/1/18 | Restricted Monetary Adjust | 24,555.89 | 0.00 | 0.00 | 24,555.89 | 0.00 | 0.00 | 317,918.24 | 33,719.57 | 0.00 | 24,555.89 |
| 1/4/22 | | Bal Field Adjust | 317,918.00 | 317,918.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| 1/4/22 | | Restricted Monetary Adjust | 24,555.90 | 0.00 | 0.00 | 24,555.90 | 0.00 | 0.00 | | | | |
| 11/3/21 | | Long Form Misapplication Rev | -13.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| 12/6/19 | | Loan Prin Bal Set-up | 0.00 | 318,309.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| 11/26/19 | | Long Form Misapplication Rev | -2,226.59 | -391.17 | -1,293.13 | -542.29 | 0.00 | 0.00 | | | | |
| 11/26/19 | | Long Form Misapplication Rev | -6.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| 11/14/19 | | Long Form Misapplication Rev | -2,226.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| 5/28/19 | | Late Charge Adjust | 926.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| 1/17/18 | | Long Form Misapplication Rev | -2,226.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| 11/24/17 | | Long Form Misapplication Rev | -2,302.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| **Total** | | | 7,316.37 | 284,198.02 | -1,293.13 | 41,027.00 | 0.00 | 0.00 | | | | |

## Corporate Advances

| Tran Date | Reason code description | Amount |
|---|---|---|
| 3/27/2023 | OTHER | (350.00) |
| 3/27/2023 | OTHER | (157.50) |

Loan Number:  
Run Date: 5/30/2023



## Corporate Advances

| Tran Date | Reason code description | Amount |
|---|---|---|
| 1/24/2023 | BK ATTY. FEES | 250.00 |
| 1/24/2023 | BK ATTY. FEES | 600.00 |
| 12/21/2022 | BK ATTY. FEES | 550.00 |
| 12/10/2022 | BK ATTY. FEES | 350.00 |
| 10/27/2022 | OTHER | (2,977.48) |
| 10/27/2022 | OTHER | 2,977.48 |
| 4/11/2022 | OTHER | (4,471.62) |
| 4/11/2022 | OTHER | 4,471.62 |
| 1/7/2022 | OTHER | 7,449.10 |