Entered: June 28th, 2023
Signed: June 28th, 2023
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23–13585 – DER**   Chapter: **13**

**Kevin P. Jay**
Debtor

### ORDER CONFIRMING
### THAT NO AUTOMATIC STAY IS IN EFFECT

Upon the request of a party in interest pursuant to 11 U.S.C. §§ 362(j) and 362(c)(4)(A)(ii), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, by operation of 11 U.S.C. § 362(c)(4)(A)(i), there is no automatic stay under 11 U.S.C. § 362(a) in effect.

cc:  Debtor
     Attorney for Debtor – PRO SE
     Case Trustee – Brian A. Tucci
     All Creditors

**End of Order**

37x07b (rev. 04/04/2006) – MichelleRaymond