Entered: November 17th, 2023
Signed: November 16th, 2023
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

| | |
|---|---|
| IN RE:<br>Kevin P. Jay<br>　　Debtor | Case No. 23-13585-DER |
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust<br>　　Movant | Chapter 13 |
| vs. | |
| Kevin P. Jay<br>　　Debtor | MFR ECF No. 16 |

### ORDER DENYING MOTION FOR IMPOSITION OF EQUITABLE SERVITUDE FOR A PERIOD OF 2 YEARS ON REAL PROPERTY LOCATED AT 16 ROCKCREST CIRCLE, ROCKVILLE, MD  20851

Upon review of the Motion for Imposition of Equitable Servitude for a Period of 2 Years (ECF No. 16) ("Motion") filed herein by Movant, Debtor's response thereto (ECF No. 20) and after hearings held on July 31, 2023 and November 6, 2023 attended by counsel for Movant and Debtor, and for the reasons stated on the record, it is hereby,

ORDERED that the Motion is hereby DENIED.

cc:

Gene Jung, Esq.
Robertson, Anschutz, Schneid & Crane & Partners PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004
*Counsel for Movant*

Kevin P. Jay
2942 Florence Road
Woodbine, MD 21797
*Debtor*

Brian A. Tucci
P.O. Box 1110
Millersville, MD 21108
*Chapter 13 Trustee*

**END OF ORDER**